**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID M. MCCRARY,<br><br>        Petitioner,<br><br>   v.<br><br>USA,<br><br>        Respondent. | Case No. EDCV 15-0016-GW(SS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections. After having made a <u>de novo</u> determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

\\

\\

\\

\\

1    **IT IS ORDERED** that the Petition is denied and Judgment shall
2 be entered dismissing this action with prejudice.

4    **IT IS FURTHER ORDERED** that the Clerk serve copies of this
5 Order and the Judgment herein on Petitioner at his address of
6 record.

8    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

10 DATED: June 6, 2016

                                     _____
                                     GEORGE H. WU
                                     UNITED STATES DISTRICT JUDGE