**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID M. MCCRARY, | Case No. EDCV 15-0016-GW(SS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| USA, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: June 6, 2016

_George H. Wu_

GEORGE H. WU
UNITED STATES DISTRICT JUDGE